

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

APR 1 5 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

JERRY R. SUMMERS and GEORGE T.
LENORMAND, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

versus

UAL CORPORATION ESOP COMMITTEE,
MARTY TORRES, BARRY WILSON,
DOUG WALSH, IRA LEVY, DON
CLEMENTS, CRAIG MUSA, and STATE
STREET BANK AND TRUST COMPANY,

                    Defendants.

No. 03-C-1537

Judge Der-Yeghiayan

**PAID**

RECEIPT # 1463488

APR 1 5 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF FILING PETITION FOR PERMISSION TO APPEAL
## UNDER FED. R. CIV. P. 23(F)

PLEASE TAKE NOTICE that on March 4, 2005, Defendants, UAL Corporation ESOP

Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, and Craig Musa,

filed a Petition for Permission to Appeal Under Fed. R. Civ. P. 23(f), a copy of which is attached

hereto, together with other papers attached thereto, in the office of the Clerk of the United States

Court of Appeals for the Seventh Circuit.

DATED this 11th day of March, 2005.

Respectfully submitted,

Max G. Brittain, Jr.
Brenna Binns
Heather R. McDonald
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)


Howard Shapiro
René E. Thorne
Stacey C. S. Cerrone
PROSKAUER ROSE, L.L.P.
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
(504) 310-4088 (telephone)
(504) 310-2022 (facsimile)


**ATTORNEYS FOR DEFENDANTS, UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, DOUG WALSH, IRA LEVY, DON CLEMENTS, AND CRAIG MUSA**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of Defendants' "NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL UNDER FED. R. CIV. P. 23(F)" are being served on the following counsel of record via e-mail (without attachments) and U.S. Mail (with attachments):

Timothy A. Scott
HAGENS BERMAN LLP
60 West Randolph St., Suite 200
Chicago, Illinois 60601

Kenneth A. Wexler
Elizabeth Fegan Hartweg
Nyran Rose Pearson
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602

Andrew Volk
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

Randall J. Sunshine
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503

Ronald S. Kravitz
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street, Suite 2000
San Francisco, California 94105

Mitchell Marinello
Novack & Macey LLP
303 West Madison Street
Chicago, Illinois 60606

Attorney for Defendants

CHI\ 4236953.1

6982/74609-001  NOLIB1/42208v1