UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, DOUG WALSH, IRA LEVY, DON CLEMENTS, CRAIG MUSA, and STATE STREET BANK & TRUST COMPANY,<br><br>Defendants. | Case No. 03 C 1537<br><br>Hon. Samuel Der-Yeghiayan |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF PARTIAL SETTLEMENT**

Plaintiffs, Jerry R. Summers, George T. Lenormand, Jeffrey D. Crites, Louise Van Rensburg and James E. Shambo (the "Named Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully request that the Court grant Plaintiffs' Motion for Final Approval of Partial Settlement. Plaintiffs' Motion should be granted because: (i) the Settlement Agreement is fair, reasonable and adequate, and the product of arm's length negotiations between counsel for the Settlement Class and the Settling Defendants; (ii) the Settlement Agreement confers the maximum possible benefits that the Settlement Class could obtain from the Settling Defendants; and (iii) the Settlement Agreement allows for the Named Plaintiffs to

proceed to trial against State Street Bank and Trust Company, who is jointly and severally liable under ERISA for the Settlement Class' losses. Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Andrew M. Volk in support of this Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant the Plaintiffs' Motion for Final Approval of Partial Settlement, and for such other and further relief that this Court deems appropriate.

DATED: October 7, 2005

Respectfully Submitted,

JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on
behalf of all others similarly situated, Plaintiffs.

By      /s/ Andrew M. Volk
          One of Their Attorneys

Steve W. Berman
Andrew M. Volk
Nicholas Styant-Browne
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

Elizabeth A. Fegan
Timothy A. Scott
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph Street, Suite 200
Chicago, IL  60601
(312) 762-9237

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
(312) 346-2222

<u>**CERTIFICATE OF SERVICE**</u>

I, Andrew M. Volk, affirm that we caused copies of the ***PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT*** to be electronically filed with the Clerk of the Court on October 7, 2005 using the CM/ECF system which will send notification of such filing upon the following ECF participants:

- **Kenneth Matthew Abell**
  kabell@novackandmacey.com

- **Brenna Binns**
  bbinns@schiffhardin.com edocket@schiffhardin.com

- **Max G. Brittain, Jr**
  mbrittain@schiffhardin.com

- **Jennifer Fountain Connolly**
  jfconnolly@wexlerfirm.com

- **Elizabeth A. Fegan**
  beth@hbsslaw.com

- **Ronald S Kravitz**
  rkravitz@linerlaw.com

- **Mitchell L. Marinello**
  mmarinello@novackandmacey.com

- **Heather R McDonald**
  hmcdonald@schiffhardin.com

- **Timothy Allen Scott**
  tims@hbsslaw.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com

- **Kenneth A. Wexler**
  kawexler@wexlerfirm.com lvazquez@wexlerfirm.com

- **Renee Lynn Zipprich**
  rzipprich@dykema.com

I further certify that I sent by UPS Next Day Air a hard copy to the following attorney:

Rene E. Thorne
Proskauer Rose LLP
(At Her Home Address)
107 Nevada
Lafayette, LA    70501

*Counsel for Defendants UAL Corporation ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, and Craig Musa*

Dated:  October 7, 2005

/s/ Andrew M. Volk
Andrew M. Volk