AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Summers, et al.                                    **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 03 C 1537

UAL, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 10/12/05, plaintiffs' motion for partial summary judgment is denied. Defendant State Street Bank's motions for summary judgment and to exclude plaintiffs' expert testimony are granted. All pending motions are hereby stricken as moot. This is a final and appealable order.

                                                 Michael W. Dobbins, Clerk of Court

Date: 10/12/2005                          /s/ Michael A. Wing, Deputy Clerk