**FILED**

OCT 1 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, DOUG WALSH, IRA LEVY, DON CLEMENTS, CRAIG MUSA, and STATE STREET BANK & TRUST COMPANY,<br><br>Defendants. | Case No. 03 C 1537<br><br>Honorable Samuel Der-Yeghiayan |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Jerry R. Summers, George T. Lenormand, Jeffrey D. Crites, Louise Van Rensburg and James E. Shambo, individually and on behalf of a certified class of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final order denying Plaintiffs' Motion for Partial Summary Judgment, granting Defendant State Street Bank & Trust Company's Motion for Summary Judgment and granting Defendant State Street Bank & Trust Company's *Daubert* Motion To Strike or Exclude The Opinion, Report, Declaration and Testimony of Lucian Morrison entered on October 12, 2005.

**PAID**
RECEIPT # 10236 40

OCT 1 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1679 10 0135 MTN.DOC

- 1 -

DATED this 14th day of October, 2005.

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
Steve W. Berman
*Counsel of Record*
Andrew M. Volk
Nicholas Styant-Browne
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Elizabeth A. Fegan
Timothy A. Scott
HAGENS BERMAN SOBOL SHAPIRO LLP
60 W. Randolph St., Suite 200
Chicago, IL 60601
(312) 762-9237

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle St., Suite 2000
Chicago, IL 60602
(312) 346-2222

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Timothy A. Scott, affirm that I caused copies of the **NOTICE OF APPEAL** to be served upon:

*Counsel for UAL Corporation ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, and Craig Musa*

| | |
|---|---|
| Howard Shapiro<br>Rene E. Thorne<br>Stacey C.S. Cerrone<br>Proskauer Rose LLP<br>2255 Glades Road, Suite 340 West<br>Boca Raton, FL 33431-7360 | Max G. Brittain, Jr.<br>Brenna Binns<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>6600 Sears Tower<br>Chicago, IL 60606 |

*Counsel for State Street Bank & Trust Co.*

| | |
|---|---|
| Randall J. Sunshine<br>Liner, Yanklevits, Sunshine &<br>Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 | Ronald S. Kravitz<br>Liner, Yanklevits, Sunshine &<br>Regenstreif LLP<br>199 Fremont Street, Suite 2000<br>San Francisco, CA 94105 |
| Mitchell L. Marinello<br>Novack & Macey LLP<br>100 North Riverside Plaza, Suite 1500<br>Chicago, IL 60606 | |

*Counsel for Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>The Wexler Firm LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | Steve W. Berman<br>Andrew M. Volk<br>Nicholas Styant-Browne<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |

Via overnight delivery on Friday, October 14, 2005.

_____
Timothy A. Scott