UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, DOUG WALSH, IRA LEVY, DON CLEMENTS, CRAIG MUSA, and STATE STREET BANK & TRUST COMPANY,<br><br>Defendants. | Case No. 03 C 1537<br><br>Hon. Samuel Der-Yeghiayan |

**PLAINTIFFS' MOTION TO APPROVE FORM OF ADDITIONAL NOTICE IN CONNECTION WITH PARTIAL SETTLEMENT**

Plaintiffs, Jerry R. Summers, George T. Lenormand, Jeffrey D. Crites, Louise Van Rensburg and James E. Shambo, on behalf of themselves and the Settlement Class, respectfully request that the Court grant Plaintiffs' Motion To Approve Form of Additional Notice In Connection With Partial Settlement. In Support thereof, Plaintiffs state as follows:

1. Plaintiffs' Motion should be granted because: (i) the Court granted Final Approval to the Partial Settlement between the Settlement Class and the ESOP Committee members on October 12, 2005; (ii) the Court has ordered that Additional Notice be mailed to Settlement Class members by October 28, 2005; and (iii) the Additional Notice is the best practicable.

- 1 -

1679.10 0139 MTN.DOC

2. Plaintiffs submit the accompanying Memorandum of Law (with Exhibits) in support of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion To Approve Form of Additional Notice In Connection With Partial Settlement.

DATED: October 20, 2005

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Andrew M. Volk
    Steve W. Berman
    Andrew M. Volk
    Nicolas Styant-Browne
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
    (206) 623-7292

    Timothy A. Scott
    Elizabeth A. Fegan
    HAGENS BERMAN SOBOL SHAPIRO LLP
    60 W. Randolph St., Suite 200
    Chicago, IL 60601
    (312) 762-9237

    Kenneth A. Wexler
    Jennifer Fountain Connolly
    THE WEXLER FIRM LLP
    One North LaSalle St., Suite 2000
    Chicago, IL 60602
    (312) 346-2222

    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Andrew M. Volk, affirm that we caused copies of ***Plaintiffs' Motion To Approve Form Of Additional Notice In Connection With Partial Settlement*** to be electronically filed with the Clerk of the Court on October 20, 2005 using the CM/ECF system which will send notification of such filing upon the following ECF participants:

- **Kenneth Matthew Abell**
  kabell@novackandmacey.com

- **Brenna Binns**
  bbinns@schiffhardin.com; edocket@schiffhardin.com

- **Max G. Brittain, Jr**
  mbrittain@schiffhardin.com

- **Jennifer Fountain Connolly**
  jfconnolly@wexlerfirm.com

- **Ronald S Kravitz**
  rkravitz@linerlaw.com

- **Mitchell L. Marinello**
  mmarinello@novackandmacey.com

- **Heather R McDonald**
  hmcdonald@schiffhardin.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com

- **Kenneth A. Wexler**
  kawexler@wexlerfirm.com; lvazquez@wexlerfirm.com

- **Steve W. Berman**
  steve@hbsslaw.com

- **Timothy A. Scott**
  tims@hbsslaw.com

1679.10 0139 MTN.DOC

I further certify that I sent by UPS Next Day Air a hard copy to the following attorney:

Howard Shapiro
Rene E. Thorne
Proskauer Rose LLP
909 Poydras Street, Suite 1100
New Orleans, LA  70112-4017

*Counsel for Defendants UAL Corporation ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, and Craig Musa*

| Dated: October 20, 2005 | /s/ Andrew M. Volk |
|---|---|
| | Andrew M. Volk |