UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, DOUG WALSH, IRA LEVY, DON CLEMENTS, CRAIG MUSA, and STATE STREET BANK & TRUST COMPANY,<br><br>      Defendants. | Case No. 03 C 1537<br><br>Hon. Samuel Der-Yeghiayan |

**PLAINTIFFS' MOTION FOR APPROVAL OF
ALLOCATION PLAN AND REQUEST FOR FEES AND COSTS**

  The attorneys for Plaintiffs in this action, respectfully request that the Court grant Plaintiffs' Motion for Approval of Allocation Plan and Request for Fees and Costs. Plaintiffs' Motion should be granted because: (i) the allocation plan is fair, reasonable and adequate; (ii) the requested attorneys fees are reasonable; and (iii) the expenses advanced by Plaintiffs' counsel were reasonable and necessary to obtain the result achieved. Plaintiffs submit the accompanying Memorandum of Law, Declaration of Andrew M. Volk, Affidavit of Richard Cody Bland, Declaration of James P. Hill and Declaration of Jennifer Fountain Connolly in support of this Motion.

- 1 -

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Approval of Allocation Plan and Request for Fees and Costs, and for such other and further relief that this Court deems appropriate.

DATED: November 17, 2005

    Respectfully Submitted,

    JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, LOUISE VAN RENSBURG and JAMES E. SHAMBO, individually and on behalf of all others similarly situated, Plaintiffs.

    By    /s/ Andrew M. Volk
        One of Their Attorneys

Steve W. Berman
Andrew M. Volk
Nicholas Styant-Browne
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Elizabeth A. Fegan
Timothy A. Scott
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph Street, Suite 200
Chicago, IL 60601
(312) 762-9237

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222

<u>**CERTIFICATE OF SERVICE**</u>

I, Andrew M. Volk, affirm that we caused copies of the ***PLAINTIFFS' MOTION FOR APPROVAL OF ALLOCATION PLAN AND REQUEST FOR COSTS AND FEES*** to be electronically filed with the Clerk of the Court on November 17, 2005 using the CM/ECF system which will send notification of such filing upon the following ECF participants:

- **Kenneth Matthew Abell**
  kabell@novackandmacey.com

- **Brenna Binns**
  bbinns@schiffhardin.com edocket@schiffhardin.com

- **Max G. Brittain, Jr**
  mbrittain@schiffhardin.com

- **Jennifer Fountain Connolly**
  jfconnolly@wexlerfirm.com

- **Elizabeth A. Fegan**
  beth@hbsslaw.com

- **Ronald S Kravitz**
  rkravitz@linerlaw.com

- **Mitchell L. Marinello**
  mmarinello@novackandmacey.com

- **Heather R McDonald**
  hmcdonald@schiffhardin.com

- **Timothy Allen Scott**
  tims@hbsslaw.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com

- **Kenneth A. Wexler**
  kawexler@wexlerfirm.com lvazquez@wexlerfirm.com

- **Renee Lynn Zipprich**
  rzipprich@dykema.com

I further certify that I sent by UPS Next Day Air a hard copy to the following attorney:

Rene E. Thorne
PROSKAUER ROSE LLP
909 Poydras Street, Suite 1100
New Orleans, LA 70112

***Counsel for Defendants UAL Corporation ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, and Craig Musa***

Dated: November 17, 2005

    /s/ Andrew M. Volk
Andrew M. Volk