# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1537 | **DATE** | 11/22/2005 |
| **CASE TITLE** | Summers, et al. vs. UAL, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the Court's memorandum opinion dated 11/22/05, plaintiffs' motion for approval of allocation plan and requests for costs and fees is granted in its entirety. Costs are hereby awarded in favor of the plaintiffs in the amount of $850,000.00. It is further ordered that attorneys' fees are hereby awarded in favor of the plaintiffs in the amount of $850,000.00. Enter Memorandum Opinion.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|