# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

Date: June 28, 2006

BEFORE:          Honorable RICHARD A. POSNER, Circuit Judge

                Honorable DIANE P. WOOD, Circuit Judge

                Honorable TERENCE T. EVANS, Circuit Judge

Nos. 05-4005 and 05-4317

JERRY R. SUMMERS, GEORGE T. LENORMAND, JEFFREY D. CRITES, individually and on behalf of all others similarly situated, et al.,
         Plaintiffs - Appellants, Cross - Appellees,

v.

STATE STREET BANK & TRUST COMPANY,
         Defendant - Appellee, Cross - Appellant,

and

UAL CORPORATION ESOP COMMITTEE, MARTY TORRES, BARRY WILSON, et al.,
         Defendants, Cross - Appellees.

FILED
JUL 21 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeals from the United States District Court for the Northern District of Illinois, Eastern Division
No. 03 C 1537, Samuel Der-Yeghiayan, Judge

        Appeal no. 05-4005 is AFFIRMED and appeal no. 05-4317 is DISMISSED with costs, in accordance with the decision of this court entered on this date.

(1061-110393)